UNITED STATES of America, Plaintiff–Appellee,

v.

Martin B. MOORE, Defendant–Appellant.

No. 10–12917
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 20, 2010.

Michael Thomas Simpson, Terry Flynn, Thomas F. Kirwin, U.S. Attorney's Office, Tallahassee, FL, Pamela A. Moine, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Michael Robert Ufferman, Michael Ufferman Law Firm, P.A., Tallahassee, FL, Martin B. Moore, USP Pollock, Pollock, LA for Defendant–Appellant.

Before BLACK, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Michael Ufferman, appointed counsel for Martin Brandon Moore in Moore's third direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to

---

*Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record of Moore's resentencing on Count II reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Moore's sentence is **AFFIRMED.** Moore's motion to appoint new counsel is **DENIED** as moot.